RECEIVED
MAR 0 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY BENTON | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 5:06-cv-2325 |
| CHARLES J. DUNFORD, et al | * | JUDGE: Walter |
| | * | MAGISTRATE: Hornsby |

## ORDER

Considering the above and foregoing Joint Motion to Remand:

**IT IS ORDERED** that the above captioned matter be remanded to the First Judicial District Court for the Parish of Caddo, State of Louisiana, this 6th day of March, 2007.

_____
MAG JUDGE